DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
REBECCA STONEKING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr. S. 10-435-FCD |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER FOR** |
| | ) **TRANSPORTATION AND SUBSISTENCE** |
| v. | ) **PURSUANT TO 18 U.S.C. § 4285** |
| REBECCA LYNN STONEKING | ) |
| Defendant. | ) Judge: Hon. Gregory G. Hollows |
| _____ | ) |

Defendant REBECCA LYNN STONEKING hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Stoneking was unable to afford her own transportation from her arraignment hearing in the Eastern District of California, on October 13, 2010, in Sacramento, California to her mother's residence in Victorville, California. Ms. Stoneking's pretrial release was conditioned on her residing with her mother and participating in residential treatment.

//

//

The Court indicated at the hearing that it would authorize the Marshals to pay for Ms. Stoneking's transportation.  This Order is necessary to allow the Marshals to do so.

DATED: October 19, 2010                    Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

/s/ C. Fein
_____
COURTNEY FEIN
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 10-435-FCD |
| Plaintiff, | ) | |
| | ) | **ORDER FOR TRANSPORTATION AND SUBSISTENCE** |
| v. | ) | |
| REBECCA STONEKING, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, REBECCA STONEKING, with transportation and subsistence expenses for travel from her arraignment hearing in Sacramento, California for the Eastern District of California to her mother's residence in Victorville, California.

IT IS SO ORDERED.

Dated:   October 19 , 2010              /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge

Stoneking – Transportation Order          3