```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  COURTNEY FEIN, #244785
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    REBECCA LYNN STONEKING
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 10-435 FCD |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | Date: DECEMBER 13, 2010 |
| REBECCA LYNN STONEKING, et al. ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |

THE PARTIES STIPULATE, through counsel, Jared Dolan, Assistant United States Attorney, Courtney Fein, Assistant Federal Defender, attorney for REBECCA LYNN STONEKING, Erin Radekin, attorney for RUSSELL WILLIAMS, and David Fischer, attorney for TIMOTHY OLLER, that the Court should vacate the status conference scheduled for November 15, 2010, at 10:00 a.m., and reset it for December 13, 2010, at 10:00 a.m.

Counsel for the defendants require further time to review discovery, discuss the contents of the discovery with their clients, and in addition Ms. Fein will be unavailable on the date of November 15.

The parties further stipulate that the Court should exclude the

STIPULATION AND [PROPOSED] ORDER                1                        Stoneking, et al.

1  period from the date of this order through December 13, 2010, when it
2  computes the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act.  The
4  parties stipulate that the ends of justice served by granting the
5  defendants' request for a continuance outweigh the best interest of the
6  public and the defendants in a speedy trial, and that this is an
7  appropriate exclusion of time for defense preparation within the
8  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 26, 2010                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ C. Fein
                                       _____
                                       COURTNEY FEIN
                                       Assistant Federal Defender

Dated: October 26, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ C.Fein for
                                       _____
                                       JARED DOLAN
                                       Assistant U.S. Attorney

                                       /s/ C.Fein for
                                       _____
                                       ERIN RADEKIN
                                       Attorney for Russell Williams

                                       /s/ C.Fein for
                                       _____
                                       DAVID FISCHER
                                       Attorney for Timothy Oller

STIPULATION AND [PROPOSED] ORDER         2                      Stoneking, et al.

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to December 13, 2010, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: October 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER            3                    Stoneking, et al.