```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
REBECCA LYNN STONEKING
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-10-435 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| REBECCA LYNN STONEKING, et al. | ) Date: JANUARY 18, 2011 ) Time: 10:00 a.m. ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

THE PARTIES STIPULATE, through counsel, Jared Dolan, Assistant United States Attorney, Courtney Fein, Assistant Federal Defender, attorney for REBECCA LYNN STONEKING, and Erin Radekin, attorney for RUSSELL WILLIAMS, that the Court should vacate the status conference scheduled for December 13, 2010, at 10:00 a.m., and reset it for January 18, 2011, at 10:00 a.m.

Counsel for the defendants require further time to review discovery, discuss the contents of the discovery with their clients, and in addition expert consultation may be required for defendant Stoneking.

The parties further stipulate that the Court should exclude the

STIPULATION AND ORDER         1

period from the date of this order through January 18, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 6, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ C. Fein
                                 _____
                                 COURTNEY FEIN
                                 Assistant Federal Defender

Dated: December 6, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ C.Fein for
                                 _____
                                 JARED DOLAN
                                 Assistant U.S. Attorney

                                 /s/ C.Fein for
                                 _____
                                 ERIN RADEKIN
                                 Attorney for Russell Williams

STIPULATION AND ORDER                    2

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to January 18, 2011 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 6, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    3