BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case NO. CR. S-10-0435 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXCLUDE TIME |
| v. ) | |
| ) | |
| REBECCA LYNN STONEKING and ) | |
| RUSSELL EDWARD WILLIAMS ) | |
| ) | |
| Defendants. ) | |
| ) | |

THE PARTIES STIPULATE, through counsel, Jared Dolan, Assistant United States Attorney, Courtney Fein, Assistant Federal Defender, attorney for REBECCA LYNN STONEKING, and Erin Radekin, attorney for RUSSELL WILLIAMS, that the Court should vacate the status conference scheduled for January 18, 2011, at 10:00 a.m., and reset it for February 3, 2011, at 10:00 a.m., before the Honorable Kimberly J. Mueller.

Counsel for the defendants require further time to review discovery, discuss the contents of the discovery with their clients, and in addition expert consultation is in progress for defendant

1  Stoneking.

2     The parties further stipulate that the Court should exclude the
3  period from the date of this order through February 3, 2011, when it
4  computes the time within which the trial of the above criminal
5  prosecution must commence for purposes of the Speedy Trial Act. The
6  parties stipulate that the ends of justice served by granting the
7  defendants' request for a continuance outweigh the best interest of
8  the public and the defendants in a speedy trial, and that this is an
9  appropriate exclusion of time for defense preparation within the
10 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  January 14, 2011

/s/ Jared Dolan
By:  JARED C. DOLAN
Assistant United States Attorney

/s/ Jared Dolan for
COURTNEY FEIN
Attorney for Rebecca Stoneking

/s/ Jared Dolan for
ERIN RADEKIN
Attorney for Russell Williams

**IT IS SO ORDERED.**

Dated: January 14, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE