DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
REBECCA LYNN STONEKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0435 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| REBECCA LYNN STONEKING, et al. | ) | Date:   March 31, 2011<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |
| Defendant. | ) | |

    THE PARTIES STIPULATE, through counsel, Jared Dolan, Assistant United States Attorney, Courtney Fein, Assistant Federal Defender, attorney for REBECCA LYNN STONEKING, and Erin Radekin, attorney for RUSSELL WILLIAMS, that the Court should vacate the status conference scheduled for March 31, 2011, at 10:00 a.m., and reset it for June 9, 2011, at 10:00 a.m.

    Counsel for the defendants require further time to review discovery, discuss the contents of the discovery with their clients, and in addition expert consultation is still in progress for defendant Stoneking.

    The parties further stipulate that the Court should exclude the period from the date of this order through June 9, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 28, 2011                                Respectfully submitted,

                                                     DANIEL BRODERICK
                                                     Federal Defender

                                                     /s/ C. Fein
                                                     _____
                                                     COURTNEY FEIN
                                                     Assistant Federal Defender

                                                     /s/ C.Fein for
                                                     _____
                                                     ERIN RADEKIN
                                                     Attorney for Russell Williams

Dated: March 28, 2011                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     /s/ C.Fein for
                                                     _____
                                                     JARED DOLAN
                                                     Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**  The status conference set for March 31, 2011 is continued to June 9, 2011 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  All counsel is advised that they are required to attend the status conference now set for June 9, 2011, and that no continuance of that date will be granted.

DATED:  March 28, 2011.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE