UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10CR00435-KJM-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| REBECCCA LYNN STONEKING, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  REBECCCA LYNN STONEKING , Case No.  2:10CR00435-KJM-1 , Charge  18USC § 1349 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of $\_\_

    \_\_  Unsecured Appearance Bond

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond with Surety

    \_\_  Corporate Surety Bail Bond

    ✔  (Other)   The defendant to be released to the Pretrial Officer to be taken to the Effort Treatment Facility on 3/29/11 @ 8:30 a.m.

Issued at  Sacramento, CA  on  March 28, 2011  at  9:44 am  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court