1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  COURTNEY FEIN, #244785
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   REBECCA LYNN STONEKING
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )   No. 2:10-cr-00435 KJM
                                    )
11                   Plaintiff,     )   STIPULATION AND ORDER TO
                                    )   CONTINUE SENTENCING HEARING
12         v.                       )   AND THE SCHEDULE PRESENTENCE
                                    )   REPORT DATES
13  REBECCA LYNN STONEKING          )
                                    )   Date:     September 8, 2011
14                   Defendant.     )   Time:     10:00 a.m.
    _____)   Judge:    Hon. Kimberly J. Mueller
15

16         THE PARTIES STIPULATE, through counsel, Jared Dolan, Assistant United States

17  Attorney, and Courtney Fein, Assistant Federal Defender, attorney for REBECCA LYNN

18  STONEKING, that the sentencing hearing set for September 8, 2011, at 10:00 a.m., be

19  rescheduled for October 27, 2011, at 10:00 a.m.

20         The following will be the new schedule for filing of objections to the Presentence

21  Report:

22                                       **OLD DATE**          **NEW DATE**

23  Presentence Report Disclosed         July 28, 2011         September 15, 2011

24  Objections to PSR due                August 11, 2011       September 29, 2011

25  Final PSR due                        August 18, 2011       October 6, 2011

26  Motion for Correction of the
    Presentence Report                   August 25, 2011       October 13, 2011
27

28                                       1

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Reply, or Statement of Non-Opposition | September 1, 2011 | October 20, 2011 |
| Sentencing Hearing | September 8, 2011 | October 27, 2011 |

United States Probation Officer, Lynda Moore, has no objection to the new scheduled dates.

Dated: August 18, 2011                    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ C. Fein
_____
COURTNEY FEIN
Assistant Federal Defender


Dated: August 18, 2011                    BENJAMIN B. WAGNER
United States Attorney

/s/ C.Fein for
_____
JARED DOLAN
Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED.**  The sentencing hearing set for September 8, 2011 is continued to October 27, 2011, at 10:00 a.m., and the parties' proposed schedule for the presentence report, as set forth above, is adopted.

DATED:  August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

2